No. 81–984.  FIRST NATIONAL CITY BANK v. BANCO PARA EL COMERCIO EXTERIOR DE CUBA.  C. A. 2d Cir.  [Certiorari granted, *ante*, p. 942.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–256.  MICHIGAN v. LONG.  Sup. Ct. Mich.  [Certiorari granted, *ante*, p. 904.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 81–1180.  DICKERSON, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS v. NEW BANNER INSTITUTE, INC.  C. A. 4th Cir.  [Certiorari granted, 455 U. S. 1015.]  Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 81–1251.  CONNICK, DISTRICT ATTORNEY IN AND FOR THE PARISH OF ORLEANS, LOUISIANA v. MYERS.  C. A. 5th Cir.  [Certiorari granted, 455 U. S. 999.]  Motion of respondent for leave to file a supplemental brief after argument granted.

No. 81–1717.  AMERICAN BANK & TRUST CO. ET AL. v. DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. v. CHILDS ET AL.; and WYNNEWOOD BANK & TRUST ET AL. v. CHILDS ET AL.  Ct. App. Tex., 5th Sup. Jud. Dist.  [Certiorari granted, *ante*, p. 966.]  Motions of Dale National Bank and American Bankers Association for leave to file briefs as *amici curiae* granted.  JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 81–1985.  EDWARD J. DeBARTOLO CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 4th Cir.  [Certiorari granted, *ante*, p. 904.]  Motion of the Solicitor General for divided argument denied.